## 57131. BEARD v. THE STATE.

BANKE, Judge.
Following a full and careful examination of the
record, the court has determined that this appeal from the
appellant's conviction for selling heroin is wholly
frivolous. Accordingly, appointed counsel's request to
withdraw is granted, and the appeal is dismissed
pursuant to Anders v. California, 386 U. S. 738 (87 SC
1396, 18 LE2d 493) (1966), and *Bethay v. State,* 237 Ga.
625 (229 SE2d 406) (1976).
*Appeal dismissed. Deen, P. J., and Smith, J.,
concur.*

DECIDED DECEMBER 5, 1978.

*Pierce & House, Hinton R. Pierce,* for appellant.
*Richard E. Allen, District Attorney,* for appellee.